**Abatement Order filed March 11, 2021**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-19-00605-CV
_____

**APACHE CORPORATION, Appellant**

**V.**

**CASTEX OFFSHORE, INC., CASTEX ENERGY, INC., CASTEX ENERGY PARTNERS, L.P., CASTEX ENERGY 2008, LP, AND CASTEX ENERGY DEVELOPMENT FUND, LP, Appellees**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-48580**

---

## ABATEMENT ORDER

On March 3, 2021, appellee Castex Energy Partners, LLC notified this court that it petitioned for voluntary bankruptcy protection on February 26, 2021 in the United States Bankruptcy Court for the Southern District of Texas under case number 21-30712, *In re: Castex Energy Partners, LLC, Debtor*. Tex. R. App. P. 8.1. A bankruptcy suspends the appeal from the date when the bankruptcy petition is

filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.